UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER M. RODGERS, on behalf
of himself and others similarly situated,

    Plaintiff,

vs.                                                  Case No. 8:05-CV-770-T-27MSS

CVS PHARMACY, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Motion for Approval of Settlement Agreement and General Release and Joint Stipulation for Voluntary Dismissal of Claims with Prejudice (Dkt. 48). Upon consideration of the motion and attached Settlement Agreement and General Release (Dkt. 48-2), this Court finds that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353-55 (11th Cir. 1982) (district court may enter a stipulated judgment after scrutinizing and approving the fairness of the settlement). Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The parties' Joint Motion for Approval of Settlement Agreement and General Release and Joint Stipulation for Voluntary Dismissal of Claims with Prejudice (Dkt. 48) is **GRANTED**.

2) The parties' settlement, including the Settlement Agreement and General Release (Dkt. 48-2), is **APPROVED**.

3) This cause is **DISMISSED** with prejudice.

1

4) All pending motions are **DENIED** as moot.

5) The Clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 9TH day of August, 2006.

*/s/ James D. Whittemore*
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record